UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WARREN MITCHELL,

                Plaintiff,

- against -

RIVERBAY CORPORATION, ET AL.,

                Defendants.

25-cv-6204 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **November 18, 2025.**

SO ORDERED.

Dated:    New York, New York
           November 3, 2025

                                          John G. Koeltl
                                      United States District Judge