UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WARREN MITCHELL,
                Plaintiff(s)

25 civ 6204 (JGK)

      -against-

RIVERBAY CORPORATION, et al.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, November 18, 2025, at 12:00pm, is cancelled.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 12, 2025